CHARTER ONE CREDIT CORPORATION, Respondent, v JERRY McCULLOUGH et al., Appellants, et al., Defendant. [758 NYS2d 563] —Appeal from an order of Supreme Court, Ontario County (Doran, J.), dated June 10, 2002, which denied the motion of defendants Jerry McCullough and Maggie McCullough to set aside a deficiency judgment.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court, Ontario County, Doran, J. Present—Green, J.P., Wisner, Scudder, Kehoe and Gorski, JJ.